Robert D. Coviello, Esq.
ADR SERVICES, INC.
19000 MacArthur Boulevard, Suite 550
Irvine, California 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Madriz, <br><br> Plaintiff(s) <br> v. <br><br> Heacock Buildings LLC, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 5:20-cv-00121-VAP <br><br><br> **MEDIATION REPORT** |

**_Instructions_**: *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): May 26, 2020.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☑ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? (date:) _____.

Dated: May 26, 2020

_____
Signature of Mediator
Robert D. Coviello, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.