JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| JOSE MADRIZ,<br><br>    Petitioner,<br><br>v.<br><br>HEACOCK BUILDINGS LLC., et al.,<br><br>    Respondents. | Case No. EDCV 20-00121-VAP (SHKx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: May 27, 2020

                                                  VIRGINIA A. PHILLIPS
                                                  Chief United States District Judge